1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE STANLEY,                          No.  2:17-cv-1486 CKD P

12               Petitioner,

13        v.                                  ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS,
15
                 Respondent.
16

17

18        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

20   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

21   will be provided the opportunity to either submit the appropriate affidavit in support of a request

22   to proceed in forma pauperis or submit the appropriate filing fee.

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26   failure to comply with this order will result in a recommendation that this action be dismissed;

27   and

28   /////

1

1   2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 Dated:  July 20, 2017

4                    _____
                     CAROLYN K. DELANEY

5                     UNITED STATES MAGISTRATE JUDGE

11 12/stan1486.101a

2