UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STANLEY, | No. 2:17-cv-01486 CKD P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently pending before the court is respondent's motion to dismiss the petition based on the failure to exhaust state court remedies. ECF No. 7. In his application for habeas relief, petitioner states that he "is presently in the process of exhausting each of the claims in the petition before the state courts. Earlier exhaustion was prevented by multiple circumstances." ECF No. 1 at 5.

In order to fully resolve the pending motion to dismiss, the court requires further briefing by the parties concerning the applicability of a Rhines stay in the present case. See Rhines v. Weber, 544 U.S. 269 (1995). Petitioner is advised that the court may stay a petition and hold it in abeyance pursuant to Rhines only if (1) petitioner demonstrates good cause for the failure to have previously exhausted the claims in state court, (2) the claims at issue potentially have merit, and

1

(3) petitioner has been diligent in pursuing relief. See also Mena v. Long, 813 F.3d 907, 910-12 (9th Cir. 2016) (extending the Rhines stay and abeyance procedure to federal habeas petitions that are wholly unexhausted).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner file a request for a stay and abeyance addressing each of the three Rhines factors described above within 30 days from the date of this order; or,

2. Petitioner may file a notice of exhaustion if he has fully exhausted his state court remedies;

3. Respondent may file an opposition to the request for a stay within 14 days from the date of filing of the stay request; and,

4. The Clerk of Court is directed to substitute Suzanne M. Peery, Warden of the California Correctional Center, as respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Dated: November 30, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stan1486.briefmotion2stay.docx

2